**Dismiss and Opinion Filed July 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00786-CR

**JOE ELDREDGE JONES, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-70129-R**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Brown and Stoddart
Opinion by Justice Stoddart

Joe Eldredge Jones was convicted of possession with intent to deliver cocaine in an amount of one gram or more but less than four grams,  A jury found appellant guilty, and appellant and the State entered an agreement that provided the State would abandon the enhancement paragraph and appellant would be sentenced to five years' imprisonment. Appellant waived his right to appeal as part of that agreement.  *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000).  The trial court certified that appellant waived his right to appeal.  *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeal for want of jurisdiction.

/Craig Stoddart/
CRAIG STODDART
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
150786F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOE ELDREDGE JONES, Appellant

No. 05-15-00786-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F14-70129-R.
Opinion delivered by Justice Stoddart, Chief Justice Wright and Justice Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 29th day of July, 2015.